ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Section
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE
411 West Fourth Street
Suite 8000
Santa Ana, California 92701
Telephone: (714) 338-3597
Facsimile: (714) 338-3708
E-Mail: Rob.Keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,       v.  CONCETTA VASQUEZ,   aka "Jane Doe,"   aka Michelle Llacuna,   aka Michelle L. Anunciacion,           Defendant. | Case No. SA CR 10-0028-JVS  ORDER REVOKING DEFENDANT'S CITIZENSHIP AND CANCELLING CERTIFICATE OF NATURALIZATION |

Defendant CONCETTA VASQUEZ, previously referred to in the above-captioned case as "JANE DOE," and who has used the names "Michelle Augustine Llacuna" and "Michelle Llacuna Anunciacion," having admitted to procuring her naturalization as a U.S. Citizen under a false personation and through related false statements in violation of 18 U.S.C. §§ 1424 and 1425, including in her

**Date: October 18, 2010**

Application for Naturalization and Sworn Statement related to the Oath Ceremony, and consenting to an order revoking citizenship in her name:

    IT IS HEREBY ORDERED THAT the naturalization of defendant ordered by the Attorney General of the United States admitting defendant to United States citizenship on February 23, 2000 is revoked and set aside, and the Certificate of Naturalization No. 25515737 is cancelled.

    IT IS FURTHER ORDERED THAT defendant, from the date of this Order, is forever restrained and enjoined from claiming any rights, privileges, or advantages under any document that evidences United States citizenship in the false name and personation that she used to obtain U.S. citizenship, "Michelle Augustine Llacuna," or the derivative married name that she has used most recently, "Michelle Llacuna Anunciacion."

    IT IS FURTHER ORDERED THAT defendant surrender and deliver the Certificate of Naturalization, No. 25515737, and any copies thereof in her possession (and to make good faith efforts to recover and then surrender any copies thereof that she knows are in possession of others) to the Attorney General or authorized representatives of the U.S. Department of Justice immediately; and return any other indicia of United States citizenship and any copies thereof in her possession (and to make good faith efforts to recover and then surrender any copies thereof that she knows are in possession of others), including, but not limited to, any

/ /
/ /
/ /

**Date: October 18, 2010**      2

United States passport, voter registration card, and other voting documents issued to defendant.

IT IS SO ORDERED.

Dated: October 18, 2010.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

ANDRÉ BIROTTE JR.
United States Attorney

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Section

   /s/ R.J.K.
ROBERT J. KEENAN
Attorneys for Plaintiff
UNITED STATES OF AMERICA